UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| ROBERT BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:06CV144 LMB |
| | ) | |
| TROY STEELE, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for leave to file an amended complaint and motion to proceed in forma pauperis. The Court dismissed this action under 28 U.S.C. § 1915(e) in January 2007. Plaintiff appealed, and the United States Court of Appeals for the Eighth Circuit dismissed the appeal in September 2007. The Court will deny the motions because they have not been made in a reasonable time.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to file an amended complaint and motion to proceed in forma pauperis [Docs. 26, 27] are **DENIED**.

Dated this __18th__ day of June, 2010.

/s/Donald J. Stohr

UNITED STATES DISTRICT JUDGE